JOHN V. HANLEY, SBN 162851
jhanley@steptoe.com
DOUGLAS R. PETERSON, SBN 215949
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: 310-734-3200
Facsimile: 310-734-3300

JS-6

Attorneys for Plaintiff BALBOA INSTRUMENTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA INSTRUMENTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONSUMER ENGINEERING, INC. <br><br> Defendant. | Case No.: SACV-09-0952-JVS (RNBx) <br> Honorable James V. Selna <br><br> ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

//
//
//
//
//
//
//
//
//
//
//

[PROPOSED] ORDER
Doc. # CC-218514 v.1

1  Pursuant to the parties' stipulation and Rule 41(a) of the Federal Rules of
2  Civil Procedure, the Court **ORDERS** all claims asserted in this action be dismissed
3  without prejudice.
4
5
6  DATED: December 28, 2009      By_____
7  　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

The undersigned hereby certifies that on December 22, 2009, the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

*Attorneys for Defendant*

Todd M. Malynn, Esq. (SBN 181595)
tmalynn@feldmangale.com
FELDMAN GALE, P.A.
880 West First Street, Suite 315
Los Angeles, CA  90012
Phone:  (213) 625-5992
Fax:  (213) 625-5993

The undersigned certifies that all parties in this case are represented by counsel who are CM/ECF participants.

                                                                       /s/ Douglas R. Peterson
                                                  Attorneys for Balboa Instruments, Inc.